

**WRITER'S ADDRESS:**

**420 Lexington Avenue
Suite 2104
New York, NY 10170
(212) 434-0100
(212) 434-0105 fax**

**Lyndsey Bechtel
Email: Bechtel@litchfieldcavo.com**

May 12, 2021

**Via ECF Transmission**
Hon. Joan M. Azrack
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      **Re:   Thomas Muller v. NYC Motorcars of Freeport Corp. and Teachers Federal Credit Union
           Docket No.:  2:20-cv-1497
           LC File No.:  4048-127**

Dear Judge Azrack,

    Litchfield Cavo, LLP represents Defendant Teachers Federal Credit Union ("TFCU") in the above-referenced matter. Today, I e-filed my Notice of Appearance as counsel for TFCU, since Danit Sibovitz, the previous handling attorney, has resigned from my firm. I am currently on maternity leave, and will return to work in June of 2021.

    I hereby request that Your Honor adjourn the settlement conference that is currently scheduled for May 26, 2021. I conferred with my co-counsel, and we are all available to conduct the conference on June 15, 2021 or June 22, 2021, if these dates work for the Court.

    Should you require anything further, please do not hesitate to contact me.

                                  Very truly yours,

                                  Lyndsey Bechtel

cc:  **Via ECF Transmission**
      Ethan Rothfarb, Esq.
      Bruce W. Minski Esq.